IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Leato, Raymond | Case Number: 07 B 03312 |
|---|---|---|
| | Leato, Mary | Judge: Hollis, Pamela S |
| | Printed: 5/6/08 | Filed: 2/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 24, 2008
Confirmed: April 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,774.12 | |
| Secured: | | 0.00 |
| Unsecured: | | 924.31 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 149.81 |
| Other Funds: | | 0.00 |
| Totals: | 2,774.12 | 2,774.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Michael White | Administrative | 1,700.00 | 1,700.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Option One Mortgage Corp | Secured | 17,672.80 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 3,117.88 | 77.19 |
| 6. | Capital One Auto Finance | Unsecured | 34,218.36 | 847.12 |
| 7. | Begum & Associates | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 56,709.04 | $ 2,624.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 149.81 |
| | _____ |
| | $ 149.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

